**Robin F. Genchel, State Bar No. 131705**
**PILLEMER & PILLEMER**
**17835 Ventura Blvd., Suite 204**
**Encino, California 91316-3673**
**Phone (818) 994-4321**
**Fax (818) 994-3484**
**Email rgenchel@pillemerlaw.com**
**Attorneys for State Farm General Insurance Company**

**Brian Takahashi**
**BOWMAN AND BROOKE LLP**
**970 West 190th Street, Suite 700**
**Torrance CA 90502**
**W: 310-768-3068**
**F: 310-719-1019**
**Email Brian.Takahashi@bowmanandbrooke.com**
**Attorneys for Defendant Whirlpool Corporation**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation, and DOES 1-40, inclusive,<br><br>Defendant(s). | Civil No. 2:17-cv-01545-RSWL-JPR (formerly BC647323)<br><br>**ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 4/19/2018           s/ RONALD S.W. LEW
                           HON. RONALD S.W. LEW
                           UNITED STATES DISTRICT JUDGE